**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7507**

---

LARRY W. CALL,

                                   Plaintiff - Appellant,

    versus

JIM REASON; DOCTOR LIGHTSEY; JOHN DOE, other
unknown defendants at DOC and Medical Review
Board,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-561-5-BR)

---

Submitted:  February 20, 2001      Decided:  March 12, 2001

---

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry W. Call, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry W. Call, a North Carolina inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2000) and denying his Fed. R. Civ. P. 59 motion.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm the dismissal of Call's complaint. Call v. Reason, No. CA-00-561-5-BR (E.D.N.C. Aug. 29 & Sept. 13, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2